UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAY LOUISE PADILLA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. CV 08-7012-VAP (AGR)<br><br>ORDER TO SHOW CAUSE |

Pursuant to this Court's Case Management Order of April 2, 2009, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order was due by June 8, 2009.  On June 16, 2009, the parties filed a Stipulation to continue the due date.  On June 16, 2009, the Court granted the Stipulation continuing the due date to July 26, 2009.  To date, the Joint Stipulation has not been filed with the Court.  Accordingly, **no later than September 21, 2009, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders.  Filing of the Joint Stipulation on or before **September 21, 2009**, shall be deemed compliance with this Order to Show Cause.

DATED: August 21, 2009

　　　　　　　　　　　　　　　　　　/s/ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE