UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY LOUISE PADILLA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CASE NO. CV 08-7012-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the judgment be entered for the defendant.

DATED: February 23, 2010

                              VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE